**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ATKINSON, HOMER DAVID<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08759 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

   NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 07/21/06. The Trustee was appointed on 07/21/06. An order for relief under Chapter 7 was entered on 07/21/06.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 9/25/08 is as follows:

    a. RECEIPTS (See Exhibit C) $9,910.40

    b. DISBURSEMENTS (See Exhibit C) $6.30

    c. NET CASH available for distribution $9,904.10

    d. TRUSTEE/PROFESSIONAL COSTS
       1. Trustee compensation requested (See Exhibit E) $1,741.04
       2. Trustee Expenses (See Exhibit E) $0.00
       3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) $3,529.94
       $

5. The Bar Date for filing unsecured claims expired on 03/16/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims $0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims $5,270.98

    c. Allowed Chapter 11 Administrative Claims $0.00

    d. Allowed priority claims $0.00

    e. Allowed unsecured claims $29,640.53

7. Trustee proposes that unsecured creditors receive a distribution of 15.63% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $3,529.94. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,270.98. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  9/25/08                                  RESPECTFULLY SUBMITTED,


                                                  By:/s/David Grochocinski
                                                    DAVID GROCHOCINSKI, TRUSTEE
                                                    1900 RAVINIA PLACE
                                                    ORLAND PARK, IL  60462
                                                    Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Atkinson, Homer David



September 25, 2008




Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **General administration** | | | | |
| 9/1/2006 | DEG | Review of petition in advance of 341 meeting<br>General administration | 0.50<br>375.00/hr | 187.50 |
| 10/9/2006 | DEG | Receipt and review of documents from debtor's attorney<br>General administration | 1.50<br>375.00/hr | 562.50 |
| 10/19/2006 | DEG | Email to Anderson regarding need for amendment to Schedule C<br>General administration | 0.10<br>375.00/hr | 37.50 |
| 10/22/2006 | DEG | Prepared motion to extend time to file 727; file with court<br>General administration | 1.20<br>375.00/hr | 450.00 |
| 12/14/2006 | DEG | Prepared initial report of assets; bar date set for 3/16/07<br>General administration | 0.20<br>375.00/hr | 75.00 |
| 12/18/2006 | DEG | Email to attorney; ok on settlement<br>General administration | 0.30<br>350.00/hr | 105.00 |
|  | DEG | Drafted response to settlement on preference to sister; calculate interest at 7% over 18 months ; authorize other terms of settlement<br>General administration | 1.00<br>350.00/hr | 350.00 |
|  | DEG | Facsimile letter to Don Dodge to look at auto<br>General administration | 0.30<br>350.00/hr | 105.00 |
|  | DEG | Note to Don Dodge to check value of car<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 12/19/2006 | DEG | Receipt and review of fax from auctioneer regarding value of vehicle<br>General administration | 0.20<br>375.00/hr | 75.00 |
| 1/2/2007 | DEG | Email to Anderson Law along with proposed settlement motion<br>General administration | 0.20<br>375.00/hr | 75.00 |
| 1/12/2007 | DEG | Email from debtor's attorney; respond to questions of how should check be delivered to Trustee<br>General administration | 0.10<br>375.00/hr | 37.50 |


EXHIBIT A

Atkinson, Homer David                                                                                          Page     2

|            |     |                                                                                                                      | Hrs/Rate      | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|---------------|----------|
| 1/17/2007  | DEG | Receipt and review of letter and check for $3,000; deposit same<br>General administration                            | 0.50<br>375.00/hr  | 187.50   |
|            | DEG | Receipt of email from Zandri's office; check to be sent 1/17/07<br>General administration                            | 0.10<br>375.00/hr  | 37.50    |
| 1/18/2007  | DEG | Email to attorney to send check<br>General administration                                                            | 0.30<br>350.00/hr  | 105.00   |
| 2/15/2007  | DEG | Review of claims docket<br>General administration                                                                    | 0.50<br>375.00/hr  | 187.50   |
| 3/17/2007  | DEG | Review of claims docket<br>General administration                                                                    | 0.50<br>375.00/hr  | 187.50   |
| 3/26/2008  | DEG | Facsimile letter to Jonathan Anderson ; new counsel for debtor<br>General administration                             | 0.10<br>375.00/hr  | 37.50    |
| 4/11/2008  | DEG | Prepared letter to Denise McCann; client needs to contact his counsel and not the Trustee's office<br>General administration | 0.20<br>375.00/hr  | 75.00    |
| 7/2/2008   | DEG | Prepared letter along with order authorizing employment and necessary documents to prepare tax returns<br>General administration | 0.80<br>375.00/hr  | 300.00   |
| 9/22/2008  | DEG | Prepared final report<br>General administration                                                                      | 2.50<br>375.00/hr  | 937.50   |
|            |     | SUBTOTAL:                                                                                                            | [   11.30     | 4,185.00] |

Preferences

|            |     |                                                                                                                      | Hrs/Rate      | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|---------------|----------|
| 10/30/2006 | DEG | Telephone conference with Zandri regarding settlement of preference to sister and amend exemptions as to insurance<br>Preferences | 0.50<br>350.00/hr  | 175.00   |
| 11/6/2006  | DEG | Review of file and e-mail to attorney with counteroffer of $9,500 on preference<br>Preferences                       | 0.50<br>350.00/hr  | 175.00   |
| 11/8/2006  | DEG | Facsimile letter to attorney, Zandri, regarding terms of proposed deal to settle<br>Preferences                      | 0.30<br>350.00/hr  | 105.00   |
|            |     | SUBTOTAL:                                                                                                            | [    1.30     | 455.00]  |
|            |     | For professional services rendered                                                                                   | 12.60         | $4,640.00 |

# **EXHIBIT B**

## **DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 9,910.40 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 18,534.36 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06B-08759 JS  
**Case Name:** ATKINSON, HOMER DAVID  
**Period Ending:** 09/25/08

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/21/06 (f)  
**§341(a) Meeting Date:** 09/12/06  
**Claims Bar Date:** 03/16/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 35.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNTS | 179.00 | 0.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSIT | 300.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 150.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7 | LIFE INSURANCE | 2,624.76 | 0.00 | | 0.00 | FA |
| 8 | TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 9 | LOCAL 744 PROFIT SHARING PLAN | 11,545.60 | 0.00 | | 0.00 | FA |
| 10 | LOCAL 744 PENSION PLAN | Unknown | Unknown | | 0.00 | FA |
| 11 | 2001 CADILLAC EL DORADO | 12,000.00 | 0.00 | | 0.00 | FA |
| 12 | POSSIBLE INSIDER PREFERENCES  (u) | 9,000.00 | 0.00 | | 9,866.28 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 44.12 | Unknown |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$37,134.36** | **$0.00** | | **$9,910.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

SETTLEMENT PENDING REGARDING AVOIDANCE ACTION BY DEBTOR TO SISTER; PAYMENTS TO BE MADE OVER TIME; SET FOR 1/26/07; WILL REQUIRE ACCOUNTANT TO BE EMPLOYED; PAYMENTS TO BE COMPLETED BY FEBRUARY 2008

Printed: 09/25/2008 11:35 AM    V.10.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 06B-08759 JS | Trustee: (520067) | DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|
| Case Name: | ATKINSON, HOMER DAVID | Filed (f) or Converted (c): | 07/21/06 (f) |
| | | §341(a) Meeting Date: | 09/12/06 |
| Period Ending: | 09/25/08 | Claims Bar Date: | 03/16/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.**<br>**DA=§554(c) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 30, 2007           **Current Projected Date Of Final Report (TFR):** December 30, 2008

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06B-08759 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | ATKINSON, HOMER DAVID | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****81-65 - Money Market Account |
| Taxpayer ID #: | 13-7552044 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/25/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/19/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 3,000.00 | | 3,000.00 |
| 01/30/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 3,381.46 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.51 | | 3,381.97 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.67 | | 3,383.64 |
| 03/02/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 3,765.10 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.96 | | 3,767.06 |
| 04/05/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 4,148.52 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.22 | | 4,150.74 |
| 05/03/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 4,532.20 |
| 05/30/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 4,913.66 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.46 | | 4,916.12 |
| 06/26/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 5,297.58 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.51 | | 5,300.09 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.01 | | 5,303.10 |
| 08/06/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 5,684.56 |
| 08/27/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 6,066.02 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.08 | | 6,069.10 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.02 | | 6,072.12 |
| 10/02/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 6,453.58 |
| 10/30/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 6,835.04 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.75 | | 6,838.79 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.55 | | 6,842.34 |
| 12/05/07 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 7,223.80 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.62 | | 7,227.42 |

Subtotals :   **$7,227.42**   **$0.00**

{} Asset reference(s)      Printed: 09/25/2008 11:35 AM    V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 06B-08759 JS  
**Case Name:** ATKINSON, HOMER DAVID  
**Taxpayer ID #:** 13-7552044  
**Period Ending:** 09/25/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****81-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/08 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 7,608.88 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.44 | | 7,612.32 |
| 02/06/08 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 7,993.78 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-08759, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 6.30 | 7,987.48 |
| 02/29/08 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 8,368.94 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.61 | | 8,370.55 |
| 03/26/08 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 8,752.01 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.57 | | 8,753.58 |
| 04/07/08 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 9,135.04 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.26 | | 9,136.30 |
| 05/12/08 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 9,517.76 |
| 05/28/08 | {12} | DAVID ATKINSON | SETTLEMENT PAYMENT | 1241-000 | 381.46 | | 9,899.22 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.21 | | 9,900.43 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 9,901.68 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 9,902.93 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.17 | | 9,904.10 |

**Subtotals:** $2,682.98    $6.30

{} Asset reference(s)

Printed: 09/25/2008 11:35 AM    V.10.54

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 06B-08759 JS  
**Case Name:** ATKINSON, HOMER DAVID  
**Taxpayer ID #:** 13-7552044  
**Period Ending:** 09/25/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****81-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 9,910.40 | 6.30 | **$9,904.10** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,910.40 | 6.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,910.40** | **$6.30** | |

{} Asset reference(s)                                                                                          Printed: 09/25/2008 11:35 AM    V.10.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06B-08759 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | ATKINSON, HOMER DAVID | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****81-66 - Checking Account |
| Taxpayer ID #: | 13-7552044 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/25/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :     9,910.40
                  _____
Net Estate :      $9,910.40
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****81-65** | 9,910.40 | 6.30 | 9,904.10 |
| **Checking # ***-*****81-66** | 0.00 | 0.00 | 0.00 |
| | $9,910.40 | $6.30 | $9,904.10 |

{} Asset reference(s)  Printed: 09/25/2008 11:35 AM  V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ATKINSON, HOMER DAVID<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08759 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,270.98 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 4,633.12 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 9,904.10 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 5,270.98 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 1,741.04 | 1,741.04 |
| ADMIN2 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,000.00 | 1,000.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 42.44 | 42.44 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,487.50 | 2,487.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 29,640.53 | 15.63% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | CHASE BANK USA NA | 14,951.19 | 2,337.03 |
| 002 | FIRST NATIONAL BANK OMAHA | 5,681.80 | 888.12 |
| 003 | TARGET NATIONAL BANK FKA RETAILERS NAT'L BANK | 448.28 | 70.07 |
| 004 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA NA | 1,058.69 | 165.48 |
| 005 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA NA | 7,500.57 | 1,172.42 |
| | | TOTAL $ | 4,633.12 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

|   |   |   |   | **DISALLOWED** |
|---|---|---|---|---|
| **TYPE OF** | **CLAIM** |   | **AMOUNT** | **/WITHDRAWN** |
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____ _____
DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 42.44 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 2,487.50 | |
| | | | 2,529.94 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,000.00 | |
| | | | 1,000.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| | | | |
| TOTALS | $ 0.00 | $ 3,529.94 | $ 3,529.94 |

1