**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ATKINSON, HOMER DAVID<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08759 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Courtroom 4016
         Wheaton, Illinois 60187

    on:  **December 5, 2008**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         9,910.40

    b. Disbursements                         $             6.30

    c. Net Cash Available for Distribution   $         9,904.10

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $1,741.04 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,000.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $42.44 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $2,487.50 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.   Claims of general unsecured creditors totaling $29,640.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 15.63%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | CHASE BANK USA NA | $ 14,951.19 | $ 2,337.03 |
| 002 | FIRST NATIONAL BANK OMAHA | $ 5,681.80 | $ 888.12 |
| 003 | TARGET NATIONAL BANK FKA RETAILERS NAT'L BANK | $ 448.28 | $ 70.07 |
| 004 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA NA | $ 1,058.69 | $ 165.48 |

| | | | |
|---|---|---|---|
| 005 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA NA | $ 7,500.57 | $ 1,172.42 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated: October 30, 2008                For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Oct 30, 2008
Case: 06-08759                Form ID: pdf002              Total Served: 23
```

The following entities were served by first class mail on Nov 01, 2008.
```
db           +Homer David Atkinson,   810 Foxworth Boulevard,   Apartment 106,   Lombard, IL 60148-4858
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski, Grochccinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +Robin M Zandri,   Anderson & Associates P C,   1701 E Woodfield Road  Suite 1050,
               Schaumburg, IL 60173-5141
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10831133      AT&T Universal Card,   PO Box 688901,   Des Moines, IA 50368-8901
10831132     +Advocate Good Samaritan Hospital,   3815 Highland Avenue,   Downers Grove, IL 60515-1590
10831134      Bank of America,   PO Box 1758,   Newark, NJ 07101-1758
10831135      Capital One Bank,   PO Box 790216,   St. Louis, MO 63179-0216
10831136      Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
11081508     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10831137      Citi Cards,   PO Box 688909,   Des Moines, IA 50368-8909
10831138      Clover Creek Apartments,   800 Foxworth Boulevard,   Lombard, IL 60148
10831139     +First National Bank Omaha,   1620 Dodge St Stop Code 3105,   PO Box 2951,   Omaha, NE 68197-0002
10831140      GM Cardmember Services,   PO Box 37281,   Baltimore, MD 21297-3281
10831141     +Harris Bank Barrington, N.A.,   PO Box 6201,   Carol Stream, IL 60197-6201
10831142      MBNA America,   PO Box 15286,   Wilmington, DE 19886-5286
10831143      Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
11133162     +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10831144      Union Plus Credit Card,   PO Box 88000,   Baltimore, MD 21288-0001
11207850      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2008**          **Signature:**   _Joseph Speetjens_